# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelley L. Ricketson, | Civil No. 21-CV-2541-WMW/ECW |
| Plaintiff, | |
| v. | **DEFENDANT'S SUPPLEMENTAL MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES** |
| Advantage Collection Professionals, LLC, | |
| Defendant. | |

Defendant Advantage Collection Professionals, LLC, through its undersigned attorneys, hereby moves pursuant to 28 U.S.C. § 1927 and the Court's August 26, 2022, order [Doc. No. 38] for an order awarding ACP its reasonable attorneys' fees in the amount of $11,655.45, plus additional fees incurred in completing this motion, against attorney Michael Sheridan personally, as set forth in the supporting memorandum of law, declarations, and exhibits filed in conjunction herewith.

This motion is based on 28 U.S.C. § 1927, ACP's prior fee motion submissions [Doc. Nos. 29-30, 32], the Court's August 26, 2022, order [Doc. No. 38], the memoranda of law, declarations, and exhibits filed herewith, as well as any oral argument of counsel and all records and proceedings herein.

*~SIGNATURE BLOCK FOLLOWS~*

|  |  |
|---|---|
| | **BASSFORD REMELE** |
| | *A Professional Association* |
| Dated: September 16, 2022 | By *s/ Patrick D. Newman* |
| | Michael A. Klutho (MN #186302) |
| | Patrick D. Newman (MN #395864) |
| | 100 South Fifth Street, Suite 1500 |
| | Minneapolis, Minnesota  55402-3707 |
| | Telephone:   (612) 333-3000 |
| | Facsimile:    (612) 333-8829 |
| | mklutho@bassford.com |
| | pnewman@bassford.com |
| | |
| | *Attorneys for Defendant Advantage Collection Professionals, LLC* |